UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

JESUS ALVAREZ-PEREZ,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

Civil File No. 00-2657 (JMR/ESS)

**ORDER**

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge E. S. Swearingen dated March ___, 2001, all the files and records, and no objections having been filed to said Recommendation,

**IT IS HEREBY ORDERED that**:

1. Petitioner's application for writ of habeas corpus relief [Docket No. 1] be **DENIED**;

2. This action be **DISMISSED WITH PREJUDICE**.

DATED: March 28th, 2001.

JAMES M. ROSENBAUM
United States District Judge

MAR 3 0 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK