# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Jesus Alvarez-Perez

Plaintiff

v.

United States of America

Defendants

Case No. Civil 00-2657 JMR/ESS

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** Petitioner's application for writ of habeas corpus be denied. This action be dismissed with prjudice.

DATE: March 30, 2001

FRANCIS E. DOSAL, CLERK

Victoria Moralez, Deputy Clerk